**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>Acorda Therapeutics, Inc., *et al*.,<br><br>                    Liquidating Debtors. | Chapter 11<br><br>Case No. 24-22284 (DSJ)<br><br>(Jointly Administered) |
| Alexandre Zyngier, Liquidation Trustee of the Acorda Therapeutics Liquidation Trust,<br><br>                    Plaintiff,<br>v.<br><br>Willis Towers Watson US LLC,<br><br>                    Defendant. | Adv. Case No. 26-07013 (DSJ) |

**CERTIFICATE OF SERVICE**

I, David Kitto, depose and say that I am employed by Reliable Companies who provided noticing services in the above-captioned case.

On March 31st, 2026, at my direction and under my supervision, employees of Reliable Companies caused to be served the following documents via first class mail:

- Summons and Notice of Pretrial Conference in an Adversary Proceeding

- Complaint to Avoid and Recover Transfers Pursuant to 11 U.S.C. §§ 547, 548, and 550 and to Disallow Claims Pursuant to 11 U.S.C. § 502

- Order Establishing Streamlined Procedures for the Prosecution and Resolution of Preference Claims

On the addresses listed below:

Willis Towers Watson US LLC
c/o Corporation Service Company
100 Shockoe Slip
2nd FL
Richmond, VA 23219

Willis Towers Watson US LLC
c/o Corporation Service Company
251 Little Falls Drive
Wilmington, DE 19808

Willis Towers Watson US LLC
Attn:  Director, Officer, Managing, or General Agent authorized to accept service of process
500 North Akard Street
Suite 4300
Dallas, TX 75201

Willis Towers Watson US LLC
Attn:  Director, Officer, Managing, or General Agent authorized to accept service of process
800 North Glebe Road
Floor 10
Arlington, VA 22203

Willis Towers Watson US LLC
c/o Lucian Murley, Esq.
Akerman LLP
222 Delaware Avenue
Wilmington, DE 19801

Dated: April 2nd, 2026                          */s/ David Kitto*
                                                David Kitto
                                                Reliable Companies
                                                1007 North Orange Street, Suite 110
                                                Wilmington, DE 19801